UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: **21CR2912-JLS** |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA AND CONTINUING SENTENCING HEARING** |
| v. | |
| ANGEL VERDUZCO-VARGAS, | |
| Defendant. | |

Pursuant to joint motion and good cause being shown it is hereby ordered that:

1) Mr. Angel Verduzco-Vargas be permitted to withdraw his guilty plea;
2) The sentencing hearing shall be continued from February 18, 2022 to April 8, 2022, at 9:00 a.m.
3) Time is excludable under the Speedy Trial Act. Mr. Chavez needs time to review the new Information, Plea Agreement, meet with Mr. Verduzco to execute them, go before the magistrate judge to plead, and US Probation needs time to modify the PSR accordingly.

IT IS SO ORDERED.

Dated: February 11, 2022

Hon. Janis L. Sammartino
United States District Judge